D+F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

BRICKLAYERS INSURANCE AND WELFARE FUND, BRICKLAYERS PENSION FUND, BRICKLAYERS SUPPLEMENTAL ANNUITY FUND, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, NEW YORK CITY AND LONG ISLAND JOINT APPRENTICESHIP AND TRAINING FUND, INTERNATIONAL MASONRY INSTITUTE, and SANTO LANZAFAME, in his fiduciary capacity as Administrator, BRICKLAYERS LOCAL 1, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFT WORKERS, and BRICKLAYERS LABOR MANAGEMENT RELATIONS COMMITTEE,

05 Civ. 1677 (ARR)

CONSENT
JUDGMENT

Plaintiffs,

- against -

BOOM CONSTRUCTION CORP.
AND JANINE COLUCCIO,

Defendants.
----------------------------------------x

WHEREAS, the Plaintiffs and Defendant Boom Construction Corp. have agreed to resolve all claims asserted by plaintiffs; and

WHEREAS, Defendant Boom Construction Corp. has arranged for payment of $25,000 by a third-party to plaintiffs for contributions owed for hours worked at the Surf Avenue, Brooklyn jobsite by no later than January 13, 2006,

NOW, upon the consent of the Plaintiffs and Defendant Boom Construction Corp., it is hereby

234196 v1

ORDERED that Judgment be entered against Defendant Boom Construction Corp. in the amount of $31,653.36 for contributions owed plaintiffs for hours worked at the Flushing Meadow Park DEP jobsite.

Dated: New York, New York
January 30, 2006

FOR PLAINTIFFS:

VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

By: *James Wasserman*
James Wasserman (JW-3717)
Attorneys for Plaintiffs
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7300

FOR DEFENDANTS:

COBERT, HABER & HABER

By: *Eugene F. Haber*
Eugene F. Haber (EH-5021)
Attorneys for Defendants
190 Willis Avenue - Suite 130
Mineola, New York 11501
((516) 248-7844

SO ORDERED:

_____
United States District Judge

Dated: Brooklyn, New York
January ___, 2006

234196 v1                                              2